CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.

DARLENE C. VIGIL, BAR NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD, SUITE 330
DIAMOND BAR, CA 91765
P. (626) 915-5714
F. (972) 661-7726
sdcaecf@bdftw.com                File No. 1302595

Order Entered on
February 18, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re  Raymond P. Riggs,<br><br>                                      Debtor. | BANKRUPTCY NO. 09-08862 JM-7 |
| Bank United, successor in interest to BankUnited, FSB, its assigns and/or successors in interest,<br>                                  Moving Party | RS NO.   EAT1 |
| Raymond P. Riggs,<br>Nancy Wolf, Trustee,<br><br>                              Respondent(s) | |

**ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY**
[X] **REAL PROPERTY**    [ ] **PERSONAL PROPERTY**

   IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  2      with exhibits, if any, for a total of  2      pages, is granted.  Motion Docket Entry No. 23

//
//
//
//

DATED:

February 18, 2010

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
(Firm name)

By: /s/ Darlene C. Vigil
       Attorney for Movant
   DARLENE C. VIGIL, BAR NO. 223442

CSD 1162                                                                                             CSD-1162

**CSD 1162** [08/22/03] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Raymond P. Riggs                                                        CASE NO: 09-08862 JM-7
                                                                                RS NO.: EAT1

The Motion of  Bank United, successor in interest to BankUnited, FSB, its assigns and/or successors in interest,  , ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on  2/1/2010 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No.  25 , if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 2/1/2010 , and

- [X] Debtor *(Name)*: Raymond P. Riggs
- [X] Debtor's Attorney *(Name)*: William F. McDonald, III
- [X] Trustee *(Name)*: Nancy Wolf
- [X] United States Trustee (in Chapter 11 & 12 cases), and
- [ ] Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1.    X    The following real property:
   a.   Street address of the property including county and state:
   1516 East Mobile Lane
   Phoenix, AZ 85040
   (Maricopa County)

   b.   Legal description is  [ ]  attached as Exhibit B or  [X]  described below:
   LOT ONE HUNDRED FIFTY-FIVE (155), RIDGEFIELD, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 616 OF MAPS, PAGE 8.

2.    [ ]   The following personal property as described  [ ]  below or  [ ]  in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:   That the 14-day stay described in Local Rule 4001(a)(3) is waived.

CSD 1162

*Signed by Judge James W. Meyers February 18,2010*